IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ADANE KEBEDE, )
 )
       Plaintiff, )
 )
v. ) 1:19CV412
 )
BUTNER FCI PRISON LOW UNIT, )
et al., )
 )
       Defendant(s). )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

    Plaintiff, a federal prisoner, submitted what the Court treated as a civil rights action pursuant to 42 U.S.C. § 1983 or <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). The form of the Complaint is such that serious flaws make it impossible to further process the Complaint. The problems are:

1.     The filing fee was not received nor was a proper affidavit to proceed *in forma pauperis* submitted, with sufficient information completed or signed by Plaintiff, to permit review.

2.     The Complaint is not on forms prescribed for use by this Court, nor is the information requested by such forms and necessary to process the Complaint pursuant to 28 U.S.C. § 1915A contained in Plaintiff's submission. <u>See</u> LR 7.1(e).

    Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper forms, which corrects the defects of the present Complaint. To the extent Plaintiff chooses to file a new Complaint, the Court also notes that there appears to be no connection between this District and any of the allegations or possible parties to the case. Plaintiff is currently incarcerated at a federal prison in Oklahoma. As far

as can be ascertained from Plaintiff's filings, it appears that the events discussed in his filings mainly occurred while he was incarcerated in the Eastern District of North Carolina and that the events challenged in the Complaint occurred there or at other locations around the country. It does not appear that any Defendants are located in this District. Therefore, it appears that venue is not proper in this District. Plaintiff should obtain forms and instructions from the Clerk's Office in a proper district and file the case there.[1]

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper forms, which corrects the defects cited above and is filed in a proper district.

This, the 3rd day of May, 2019.

/s/ L. Patrick Auld
**L. Patrick Auld**
**United States Magistrate Judge**

---

[1] If Plaintiff chooses to re-file his complaint here in this District, he should correct all of the matters noted above and should also include a statement addressing the proper venue in this case, for the Court's consideration in determining whether this case must be transferred to a proper district pursuant to 28 U.S.C. § 1406.