IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ADANE KEBEDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:19CV412 |
| | ) | |
| BUTNER FCI PRISON LOW UNIT | ) | |
| et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on May 3, 2019, was served on the parties in this action. (ECF Nos. 2, 3.) Plaintiff filed objections to the Magistrate Judge's Recommendation, (see ECF No. 6). The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS HEREBY ORDERED that this action is filed and DISMISSED *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper forms, which corrects the defects cited above and is filed in a proper district.

This, the 11th day of June 2019.

/s/ Loretta C. Biggs
United States District Judge